HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FELICIA THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELICIA THOMAS,<br><br>Defendant. | Case No. 6:16-mj-00016-MJS<br><br>STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C); ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Felicia Thomas, that Special Condition 7 of Ms. Thomas's probation may be modified to reduce the required AA/NA attendance to once a week rather than twice a week until December 19, 2016.

At the time of sentencing, the Court advised Ms. Thomas that if she needed a modification to the AA/NA requirement due to her pregnancy, she could submit a request through counsel.  Ms. Thomas, who is due in November 2016, was recently advised by her doctor to reduce her AA/NA attendance to once a week.  *See* Ex. A.  Further modification may be needed as her due date approaches; however, for now, Ms. Thomas simply requests that the Court enter an order modifying the condition to read, "The Defendant shall attend AA/NA or some form of counseling, once a week until December 19, 2016, and then twice a week for the

1  remaining term of her probation.  The Defendant shall file sworn proof of attendance with the
2  Court and Government Officer, through Counsel, if represented."

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
Acting United States Attorney

Date:  October 3, 2016                    */s/ Susan St. Vincent*
                                          SUSAN ST. VINCENT
                                          Yosemite Legal Officer
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender


Date: October 3, 2016                     */s/ Erin Snider*
                                          ERIN SNIDER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          FELICIA THOMAS


## **O R D E R**

Pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies Special Condition 7 of Defendant Felicia Thomas's probation as follows: "The Defendant shall attend AA/NA or some form of counseling, once a week during the period from the date of this Order until December 19, 2016, and then twice a week for the remaining term of her probation.  The Defendant shall file sworn proof of attendance with the Court and Government Officer through Counsel.

IT IS SO ORDERED.

Dated:   October 3, 2016              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE