HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FELICIA THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00016-MJS |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C); ORDER |
| FELICIA THOMAS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Felicia Thomas, that Special Condition 7 of Ms. Thomas's probation, which requires her to attend AA or NA twice a week, may be suspended from November 9, 2016, to December 28, 2016.

At the time of sentencing, the Court advised Ms. Thomas that if she needed a modification to the AA/NA requirement due to her pregnancy, she could submit a request through counsel. Ms. Thomas, who is due on November 16, 2016, was recently advised by her doctor to stop attending AA until six weeks after her delivery. *See* Ex. A. Accordingly, Ms. Thomas requests that the Court enter an order suspending Special Condition 7 until December 28, 2016, which is six weeks after her estimated delivery date.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Date:  November 23, 2016 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 23, 2016 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>FELICIA THOMAS |

## O R D E R

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3563(c), the Court hereby suspends Special Condition 7 of Defendant Felicia Thomas's probation from November 9, 2016, to December 28, 2016 in case number 6:16-mj-00016-MJS.

IT IS SO ORDERED.

Dated:   November 28, 2016        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE