| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | FELICIA THOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00016-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE APRIL 19, 2017** |
| | ) **REVIEW HEARING; ORDER** |
| vs. | ) |
| FELICIA THOMAS, | ) |
| Defendant. | ) |

Defendant Felicia Thomas hereby requests that the Court vacate the April 19, 2017 review hearing. The government is in agreement with the request.

On May 18, 2016, the Court sentenced Ms. Thomas to twelve months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. She was also ordered to pay restitution in the amount of $177.88, pay a $10.00 special assessment, complete 50 hours of community service, and attend Alcoholics Anonymous ("AA") or Narcotics Anonymous ("NA") two times a week.

Ms. Thomas has paid the entire amount of her restitution and her special assessment. She has also completed 51 hours of community service, proof of which was filed with the Court on August 16, 2016, at Docket Number 8. In addition, Ms. Thomas has attended AA meetings at the

///

rate of twice weekly.[1]

Accordingly, Ms. Thomas has complied with all conditions of her probation, and she hereby requests that her April 19, 2017 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2017     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FELICIA THOMAS

## **O R D E R**

Based on the parties' joint representation that Ms. Thomas is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for April 19, 2017, at 10:00 a.m., in case number 6:16-mj-00016-MJS.

IT IS SO ORDERED.

Dated:   April 14, 2017           /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Thomas attended AA meetings at the rate of two times per week between May 24, 2016, and November 9, 2016. On November 28, 2016, this Court signed a joint stipulation between the parties that excused Ms. Thomas's attendance at AA meetings between November 9, 2016, and December 28, 2016, due to Ms. Thomas's pregnancy. After December 28, 2016, Ms. Thomas continued attending AAs at a rate of two times per week.